Dismissed and Memorandum Opinion filed November 16, 2006








Dismissed
and Memorandum Opinion filed November 16, 2006.

 

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-06-00705-CV

____________

 

THOMAS F. NOONS, Appellant

 

V.

 

HIBERNIA NATIONAL BANK,
Appellee

 



 

On Appeal from the 165th District Court

Harris County, Texas

Trial Court Cause No. 2006-08110

 



 

M E M O R A N D U M   O P I N I O N

This is
an appeal from a judgment signed February 8, 2006.  On November 8, 2006,
appellant filed a motion to dismiss the appeal.  See Tex. R. App. P. 42.1.  The motion is
granted.

Accordingly,
the appeal is ordered dismissed.       

PER
CURIAM

Judgment rendered and Memorandum Opinion filed
November 16, 2006.

Panel consists of Justices Fowler, Edelman, and Frost.